IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

SUSAN BECK AND
JOHNATHAN ESSMAN                                                                    PLAINTIFF

NO.      5:22-cv-5179-TLB

CONCRETE SOLUTIONS
USA, LLC                                                                                         DEFENDANT

## CLERK'S ORDER OF DISMISSAL

On this 20th day of October 2022, the Plaintiff Johnathan Essman herein having filed his Notice of Dismissal pursuant to Rule 41(a), Federal Rules of Civil Procedure, IT IS ORDERED that Plaintiff's complaint be, and hereby is, dismissed without prejudice.

AT THE DIRECTION OF THE COURT

JAMIE GIANI, CLERK

BY:  /s/ B. Bell
         Deputy Clerk