IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**SUSAN TAYLOR**                                                                                          **PLAINTIFF**

vs.                                        No. 5:22-cv-5179-TLB

**CONCRETE SOLUTIONS USA, LLC**                                              **DEFENDANT**

## JOINT NOTICE OF SETTLEMENT

Plaintiff and Defendant submit this Joint Notice of Settlement to apprise the Court that Plaintiff and Defendant have reached a settlement in principle that will resolve all claims brought in this lawsuit. The parties are in the process of finalizing settlement terms and expect to file their dismissal papers with the Court within 30 days from the filing of this Joint Notice of Settlement. In light of their progress, the parties request that all deadlines be stayed pending finalization of their settlement.

Respectfully submitted,

**SUSAN TAYLOR, PLAINTIFF**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

Colby Qualls
Ark. Bar. No. 2019246
colby@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

      **and**    **CONCRETE SOLUTIONS, LLC, DEFENDANT**

NEWLAND & ASSOCIATES, PLLC
2228 Cottondale Lane, Suite 220
Little Rock, Arkansas 72202
Telephone: (501) 221-9393
Facsimile: (501) 221-7058

/s/ *Evan Lawrence*
Joel F. Hoover
Ark. Bar No. 2001031
jhoover@newlandassociatespllc.com

W. Evan Lawrence
Ark. Bar No. 2021052
elawrence@newlandassociatespllc.com