IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

SUSAN TAYLOR                                                                                          PLAINTIFF

NO.            22-5179

CONCRETE SOLUTIONS
USA, LLC                                                                                              DEFENDANT

## CLERK'S ORDER OF DISMISSAL

On this 27th day of January, 2023, the parties hereto having filed a joint stipulation for dismissal pursuant to Rule 41 (a), Federal Rules of Civil Procedure, IT IS ORDERED that plaintiff's complaint be, and hereby is dismissed with prejudice.

AT THE DIRECTION OF THE COURT

HEATHER BURNS, INTERIM CLERK OF COURT

BY: *Teri Gunderson*
Deputy Clerk